May Term, 1835.

SILVER
v.
THE GOVERNOR.

---

SILVER and Others *v.* THE GOVERNOR.—In error.

A PERSON being commissioned a justice of the peace, executed a bond with surety to the governor, conditioned for the faithful discharge of his official duties, and for the payment, to the persons entitled, of all moneys that should come into his

*Wednesday, May 27.*

May Term, 1835.

hands by virtue of his office. At the time the bond was executed, there was no statute in force authorising the execution of such a bond by a justice of the peace. *Held,* that the bond was not warranted · by law, and that no suit could be sustained on it. · ·